Jonathan A. Stieglitz, Esq.
(SBN 278028)
jonathan.a.stieglitz@gmail.com
THE LAW OFFICES OF
JONATHAN A. STIEGLITZ
11845 W. Olympic Blvd., Suite 800
Los Angeles, California 90064
Telephone:  (323) 979-2063
Facsimile:  (323) 488-6748

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ricardo Pimienta, Individually and on Behalf of All Others Similarly Situated, | Case No.: 2:22-cv-02114-SSS-RAO |
| Against | **NOTICE OF SETTLEMENT** |
| Midland Credit Management, Inc., | |

Notice is hereby given that the Plaintiff, Ricardo Pimienta, by and through

his attorneys, The Law Offices of Jonathan A. Stieglitz, and the Defendant, have

settled this matter.  The parties anticipate completing settlement documents and

filing a dismissal with the Court within the next sixty (60) days.  The parties request

that the Court retain jurisdiction of these parties during said sixty (60) day period.

Respectfully Submitted,

DATED: August 12, 2022        THE LAW OFFICES OF JONATHAN A. STIEGLITZ

By:     */s/Jonathan A. Stieglitz*
        Jonathan A. Stieglitz
        Attorneys for Plaintiff

## **Certificate of Service**

I hereby certify that on this date, I electronically filed this Notice of Settlement using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

*/s/ Jonathan A. Stieglitz*
Jonathan A. Stieglitz, Esq.