# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO PIMIENTA, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>Defendant. | Case No. 2:22-CV-02114-SSS-RAOx<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Judge: Sunshine Suzanne Sykes<br><br>Mag. Judge: Rozella A. Oliver |

The parties have filed a joint stipulation to dismiss with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Good cause appearing, this Court grants the parties' joint stipulation and dismisses this action with prejudice, with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: <u>November 23, 2022</u>

_____
Hon. Sunshine Suzanne Sykes
United States District Court Judge